MAY 10, 1802.

# John  Handley *v.* Charles Travis.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Ohio county.*

The plea of justification must be in writing, and an entry on the record of "not guilty, justification and joined," no written plea being filed, is too defective, and can not support a judgment.

It appears that it was the intention of the defendant below to have plead the general issue and the special plea of justification which last plea should have been in writing and a replication thereto tendering an issue, but as the record states that the parties by their attorneys took the following rule, to-wit: "not guilty, justification and joined," the pleadings are too erroneous andd efective to support the judgment given thereon. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside, that the cause be remanded to the court from whence it came for new proceedings to be had therein, to commence from the declaration, and that the plaintiff recover of the defendant his costs by him in this behalf expended, which is ordered to be certified to the the said court.